| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics In Government Act of 1978 |
|---|---|---|

## FINANCIAL DISCLOSURE REPORT

### Calendar Year 2003

Report Required by the Ethics In Government Act of 1978
(5 U.S.C. app. §§ 101-111)

1. Person Reporting (Last name, First name, Middle initial)

McKeown, Mary M

2. Court or Organization

Ninth Circuit Court of Appeals

3. Date of Report

5/15/2004

4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. Circuit Judge-Active Stat

5. Report Type (check appropriate type)

○ Nomination, Date
○ Initial  ◉ Annual  ○ Final

6. Reporting Period

1/1/2003
to
12/31/2003

7. Chambers or Office Address

U.S. Court of Appeals
401 West A Street Suite 2000
San Diego CA 92037

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Advisors | RAND Institute for Civil Justice |
| 2. | Board of Directors | American Judicature Society |
| 3. | Board of Visitors | Georgetown University Law Center |
| 4. | Board of Directors | Association of Business Trial Lawyers - San Diego |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1996 | Perkins Building Partnership - Seattle building; no control |

2004 MAY 17 P 1:11 FINANCIAL DISCLOSURE OFFICE RECEIVED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 5/15/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Private Consulting |
| 2. | 2003 | University of California San Diego |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The University of Chicago | May 4-6, 2003 - Chicago, IL - Moot Court Competition (transportation, meals, lodging) |
| 2. | University of San Diego | July 15-31, 2003 - Paris, France - USD Institute for International & Comparative Law (transportation, meals, food, lodging) |
| 3. | RAND Institute for Civil Justice | Oct. 16-17, 2003 - Arlington, VA - Board of Overseers Meeting (transportation, meals, lodging) |
| 4. | Georgetown University Law Center | Oct. 17, 2003 - Washington, D.C. - Board of Visitors Meeting (transportation) |
| 5. | The American Society of International Law | Oct. 30-31, 2003 - Washington, D.C.-Advisory Board Meeting of the Judicial Outreach Program (transportation, meals, lodging) |
| 6. | Washington State Bar Association | Nov. 6-7, 2003 - Seattle, WA - Antitrust Meeting (transportation, meals) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE – (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | The Aspen Institute | Nov. 14-16, 2003 - Washington, D.C. - Justice & Society Program (transportation, meals, lodging) |
| 8. | American Bar Association | Dec. 5-6, 2003 - Washington, D.C. - ABA Joint Commission to Evaluate Model Code of Judicial Conduct Hearing (transportation) |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | - 5/15/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank of America #1 | A | Interest | M | T | | | | | |
| 2. Bank of America #2 | A | Interest | L | T | | | | | |
| 3. Banc of America Investment Services #3 | | | | | | | | | |
| 4. -Cash | A | Interest | J | T | | | | | |
| 5. -Amazon.com | | None | J | T | | | | | |
| 6. -AOL | | None | J | T | | | | | |
| 7. -EMC Corp Mass | | None | J | T | | | | | |
| 8. -Internap Network Svcs | | None | J | T | Partial sale | 12/26 | J | A | |
| 9. -MCI Worldcom Inc. | | None | J | T | | | | | |
| 10. -McData Corp Cl A | | None | J | T | | | | | |
| 11. -McLeod Inc. | | None | J | T | | | | | |
| 12. -Microsoft Corp | A | Dividend | L | T | | | | | |
| 13. Banc of America Investment Services #4 | | | | | | | | | |
| 14. -Nations Muni Reserves Advisor | A | Dividend | K | T | | | | | |
| 15. -Symbol Tech | A | Dividend | J | T | | | | | |
| 16. -United Global | | None | J | T | | | | | |
| 17. Bank of America #5 | A | Interest | J | T | | | | | |
| 18. Bank of America #6 | | None | | | | | | | See Part VIII for detail |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Boeing common | A | Dividend | J | T | | | | | |
| 20. College Savings Bank-Princeton | C | Interest | K | T | | | | | |
| 21. Conn. State Bonds | | None | K | T | | | | | |
| 22. Fidelity #1 | | | | | | | | | |
| 23. -Fidelity Select Tech | | None | J | T | | | | | |
| 24. -Janus Worldwide | A | Dividend | J | T | | | | | |
| 25. Fidelity Annuity #2 | | | | | | | | | |
| 26. -Fidelity VIP Contra | | None | K | T | | | | | |
| 27. -Fidelity VIP Growth | | None | J | T | | | | | |
| 28. IBM common | A | Dividend | J | T | | | | | |
| 29. Lincoln Mutual Insurance | A | Interest | J | T | | | | | |
| 30. Schwab Acct#1 | | | | | | | | | |
| 31. -Cash | A | Interest | K | T | | | | | |
| 32. -Dreyfus Premier Emerging | A | Dividend | K | T | | | | | |
| 33. -FBR Small Cap Financial | A | Dividend | K | T | | | | | |
| 34. -Firsthand Technology | | None | | | Sold | 5/02 | J | A | See Part VIII for detail |
| 35. -Invesco Leisure Fund | | None | | | Sell | 12/8 | K | C | |
| 36. -Matthews Asian Growth | | None | K | T | Buy | 12/9 | K | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes:     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -Needham Growth Fund | | None | K | T | | | | | |
| 38. -Northeast Investors | B | Dividend | K | T | Buy | 12/9 | J | | |
| 39. -PIMCO Emerging Markets | A | Dividend | K | T | Buy | 12/9 | K | | |
| 40. -Rydex Sector Rotation | | None | | | Sell | 12/8 | K | A | |
| 41. -Rydex Titan 500 Fund | | None | K | T | | | | | |
| 42. -Schwab Money Fund | A | Interest | K | T | | | | | |
| 43. -Stratton Monthly | | None | K | T | Buy | 12/9 | K | | |
| 44. -Strong Advantage FD Inst | A | Dividend | J | T | | | | | |
| 45. -Strong High Yield Bond F | B | Dividend | J | T | | | | | |
| 46. -T. Rowe Price Small Cap Value | | None | J | T | | | | | |
| 47. -U.S. Global Inv. | A | Dividend | M | T | Buy | 12/9 | K | | |
| 48. Schwab Acct#2 | | | | | | | | | |
| 49. -Cash | A | Interest | K | T | | | | | |
| 50. -Danaher Corp | A | Dividend | J | T | | | | | |
| 51. -Schwab Money Fund | A | Interest | M | T | | | | | |
| 52. -Schwab Value Advantage | B | Dividend | M | T | | | | | |
| 53. Schwab Acct#3 | | | | | | | | | |
| 54. -Cash | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. -Silicon Image Inc. | | None | J | T | Partial sale | 12/26 | J | A | |
| 74. -T Rowe Price Financial | A | Distribution | J | T | | | | | |
| 75. | A | Dividend | J | T | | | | | |
| 76. -Vitesse Semiconductor | | None | J | T | Partial sale | 12/26 | J | A | |
| 77. -Worldcom Inc. | A | Dividend | J | T | | | | | |
| 78. -XO Communications CL A | | None | | | Sell | 2/20 | J | A | |
| 79. Schwab #4 | | | | | | | | | |
| 80. -Alger American Growth | | None | K | T | Partial sale | 1/29 | J | A | |
| 81. -Amer. Century VP Intl | | None | J | T | Buy | 1/29 | J | | |
| 82. -Baron Capital Asset | | None | J | T | Buy | 1/29 | J | | |
| 83. -Berger IPT Small Co. Grwth | | None | | | Sell | 1/29 | J | A | |
| 84. -Invesco VIF Tech Fnd | | None | J | T | Buy | 1/29 | J | | |
| 85. -Janus Aspen Growth Portf | | None | | | Sell | 1/29 | J | A | |
| 86. -Schwab S&P 500 Fund | | None | J | T | Buy | 1/29 | J | | |
| 87. Tully's Coffee | | None | J | T | | | | | |
| 88. Washington Mutual Bank | A | Interest | L | T | | | | | |
| 89. Trust #1 | | | | | | | | | |
| 90. -Cash | A | Interest | J | T | | | | | |

1. Income/Gain Codes (See Columns B1 and D4): A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000; F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3): J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000; N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000; P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000

3. Value Method Codes (See Column C2): Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market; U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. -Fidelity Blue Chip | A | Dividend | K | T | | | | | |
| 92. -Fidelity Discover Fund | A | Dividend | J | T | | | | | See Part VIII for detail |
| 93. -Fidelity Growth & Income | A | Dividend | L | T | | | | | |
| 94. 403b #1 - Fidelity Investments | | | | | | | | | |
| 95. -Fidelity Contra | | None | M | T | | | | | |
| 96. -Fidelity Euro Cap Appr | B | Dividend | L | T | | | | | |
| 97. -Fidelity Select Tech. | B | Dividend | K | T | | | | | |
| 98. IRA #1 | | | | | | | | | |
| 99. -Templeton Foreign | | None | K | T | | | | | |
| 100. IRA #2 | | | | | | | | | |
| 101. -Templeton World | B | Dividend | L | T | | | | | |
| 102. 401K #1 | | | | | | | | | |
| 103. -Cash | A | Dividend | J | T | | | | | |
| 104. -Van Index Trust | | None | N | T | | ✓ | | | |
| 105. -Vanguard Primecap | | None | L | T | | | | | |
| 106. -Vanguard Intl Value | | None | M | T | | | | | |
| 107. -Vanguard US Growth | | None | J | T | Value incrs | 1/97 | J | | See Part VIII for detail |
| 108. | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. -YMNR Windsor II | | None | M | T | | | | | |
| 110. SEP IRA - Fidelity | | | | | | | | | |
| 111. -American Balanced Class A | | None | K | T | | | | | |
| 112. -Nations Muni Advisor | A | Interest | J | T | | | | | |
| 113. Perkins Coie Building | | None | K | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Line 18:  This account was closed & combined with another Bank of America account on line 17.

Line 34:  This stock was sold May 2002 at a loss.

Line 57:  Advised by Company that stock is declared worthless.

Line 70:   Advised by Company that stock is declared worthless.

Line 92:  The investment was named Fidelity Contra II on the 2002 report.

Line 107:  This investment was not previously reported as it was below the value threshold. It has since increased in value to $1800.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature                                      Date May 13, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544